**Order of December 13, 2012 Withdrawn; Appeal Reinstated and Order filed January 8, 2013**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00675-CV

———————

## IN THE MATTER OF J.W., a Juvenile

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2012-01177J**

## ORDER

On December 13, 2012, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the reporter's record. On December 20, 2012, the reporter's record was filed.

Accordingly, our order of December 13, 2012, is withdrawn. The appeal is reinstated. Appellant's brief is due on or before **February 7, 2013**.

PER CURIAM